**Order entered March 13, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-18-01256-CV

### DEANNA AI LEE, Appellant

### V.

### KEVIN DUC NGUYEN, Appellee

### On Appeal from the 255th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-17-22786

## ORDER

By order dated December 13, 2018, we ordered this appeal submitted without the reporter's record. On May 22, 2019, the reporter's record was filed. We **VACATE** that portion of our December 13, 2018 order that ordered this appeal submitted without the reporter's record. The appeal will proceed on both the clerk's and reporter's records.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE